**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>KIRK J. SCHILLING<br>TAMMY S. SCHILLING | Case No. 19-70497JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>SALLIE MAE BANK | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

CREDITOR CANNOT IDENTIFY AND ASKED FOR A PROPER ACCOUNT NUMBER . HOWEVER, THE TRUSTEE HAS PROVIDED THEM WITH THE ACCOUNT NUMBER THEY SUPPLIED ON THEIR CLAIM.  THE FUNDS WILL BE TREATED AS UNCLAIMED AT THE END OF THE CASE

| | |
|---|---|
| SALLIE MAE BANK<br>C/O SALLIE MAE<br>PO BOX 3319<br>WILMINGTON, DE 19804 | Court claim# 11/Trustee CID# 29 |

The Movant further certifies that on 10/10/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| KIRK J. SCHILLING, TAMMY S. SCHILLING, 322 N. SYCAMORE STREET, ALTOONA, PA  16602 | JAMES R HUFF II ESQ, FORR STOKAN HUFF KORMANSKI & NAUGLE, 1701 5TH AVE, ALTOONA, PA  16602 |

ORIGINAL CREDITOR:
SALLIE MAE BANK, C/O SALLIE MAE, PO BOX 3319, WILMINGTON, DE  19804

NEW CREDITOR: