**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>KIRK J. SCHILLING<br>TAMMY S. SCHILLING<br><br>　　　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　　　　Movant<br>　　vs.<br>SALLIE MAE BANK<br><br>　　　　　Respondents | Case No. 19-70497JAD<br><br>Chapter 13<br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

　The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

　　The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

　　CREDITOR CANNOT IDENTIFY AND ASKED FOR A PROPER ACCOUNT NUMBER . HOWEVER, THE TRUSTEE HAS PROVIDED THEM WITH THE ACCOUNT NUMBER THEY SUPPLIED ON THEIR CLAIM.  THE FUNDS WILL BE TREATED AS UNCLAIMED AT THE END OF THE CASE.

SALLIE MAE BANK
C/O SALLIE MAE
PO BOX 3319
WILMINGTON, DE 19804

Court claim# 12/Trustee CID# 27

The Movant further certifies that on 10/10/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:　debtor(s)
　　original creditor
　　putative creditor
　　counsel for debtor(s)
　　counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
KIRK J. SCHILLING, TAMMY S. SCHILLING, 322 N. SYCAMORE STREET, ALTOONA, PA  16602

ORIGINAL CREDITOR:
SALLIE MAE BANK, C/O SALLIE MAE, PO BOX 3319, WILMINGTON, DE  19804

NEW CREDITOR:

DEBTOR'S COUNSEL:
JAMES R HUFF II ESQ, FORR STOKAN HUFF KORMANSKI & NAUGLE, 1701 5TH AVE, ALTOONA, PA  16602