IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Kirk J. Schilling and | : | Case No. 19-70497-JAD |
| Tammy S. Schilling, | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| Kirk J. Schilling and Tammy S. Schilling, | : | |
| Movants | : | |
| Vs. | : | |
| | : | Document No. _____ |
| No Respondents, | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On February 14, 2020 at docket number 33, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Debtor having carefully examined and understanding each of the Bankruptcy Code sections referenced in this Certification.

   Dated: October 16, 2024         By:   /s/Kirk J. Schilling
                                                  Signature
                                         James R. Huff, II, Esquire
                                                  Name of Filer - Typed
                                         1701 5th Avenue, Altoona, Pa. 16602
                                                  Address of Filer
                                         jhuff@sfshlaw.com    (814) 946-4316
                                                  Email and Phone No. of Filer
   **PAWB Local Form 24 (07/13)**   Pennsylvania State I.D. No. 33270
                                                  Bar I.D. and State of Admission