IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Kirk J. Schilling and Tammy S. Schilling, | : | Case No. 19-70497-JAD |
| Debtors | : | CHAPTER 13 |
| | : | |
| Kirk J. Schilling and Tammy S. Schilling, | : | |
| Movants | : | |
| Vs. | : | |
| | : | Document No. _____ |
| No Respondents, | : | |

## JOINT DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Joint Debtor has made all payments required by the Chapter 13 Plan.

2. The Joint Debtor is not required to pay any Domestic Support Obligations.

3. The Joint Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Joint Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On February 14, 2020 at docket number 33, Joint Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by Joint Debtor having carefully examined and understanding each of the Bankruptcy Code sections referenced in this Certification.

Dated: October 16, 2024     By:    /s/Tammy S. Schilling    
                                                Signature
                                James R. Huff, II, Esquire    
                                    Name of Filer - Typed
                                1701 5th Avenue, Altoona, Pa. 16602    
                                    Address of Filer
                                jhuff@sfshlaw.com    (814) 946-4316    
                                    Email and Phone No. of Filer
**PAWB Local Form 24 (07/13)**     Pennsylvania State I.D. No. 33270    
                                    Bar I.D. and State of Admission