UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  KIRK J. SCHILLING<br>  TAMMY S. SCHILLING<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>     vs.<br>  KIRK J. SCHILLING<br>  TAMMY S. SCHILLING<br><br>      Respondents | Case No. 19-70497JAD<br><br>Chapter 13<br><br>Document No. 58<br><br>FILED<br>10/15/24 12:11 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this  15th  day of October, 2024, it is hereby ORDERED, ADJUDGED, and DECREED that,

Peoples Natural Gas
Attn: Payroll Manager
225 North Shore Dr
Pittsburgh, PA 15212

is hereby ordered to immediately terminate the attachment of the wages of KIRK J. SCHILLING, social security number XXX-XX-9038. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KIRK J. SCHILLING.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
jsf
UNITED STATES BANKRUPTCY JUDGE
JEFFERY A. DELLER

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-70497-JAD
Kirk J. Schilling  Chapter 13
Tammy S. Schilling
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 2
Date Rcvd: Oct 15, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Tammy S. Schilling, 322 N. Sycamore Street, Altoona, PA 16602-7067 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2024 at the address(es) listed below:

**Name**      **Email Address**

Brent J. Lemon
     on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER blemon@kmllawgroup.com lemondropper75@hotmail.com

Brent J. Lemon
     on behalf of Creditor Nationstar Mortgage LLC blemon@kmllawgroup.com lemondropper75@hotmail.com

Chandra Marie Arkema
     on behalf of Creditor Navy Federal Credit Union tuhawkeye@msn.com carkema@squirelaw.com

Christopher A. DeNardo
     on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com

James R. Huff, II
     on behalf of Joint Debtor Tammy S. Schilling jhuff@sfshlaw.com

Case 19-70497-JAD    Doc 64    Filed 10/17/24    Entered 10/18/24 00:47:32    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-7 | User: auto | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Oct 15, 2024 | Form ID: pdf900 | Total Noticed: 1 |

James R. Huff, II
  on behalf of Debtor Kirk J. Schilling jhuff@sfshlaw.com

Kevin Scott Frankel
  on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com logsecf@logs.com

Lily Christina Calkins
  on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com
  lilychristinacalkins@gmail.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Roger Fay
  on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net bkecf@milsteadlaw.com

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

S. James Wallace
  on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Tammy Benoza
  on behalf of Creditor Navy Federal Credit Union bankruptcy@fskslaw.com


TOTAL: 13