**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>KIRK J. SCHILLING<br>TAMMY S. SCHILLING<br><br>                Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>           Movant<br>    vs.<br>SALLIE MAE BANK<br><br>           Respondents | Case No. 19-70497JAD<br><br><br>Chapter 13<br><br><br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

   NO EXPLANATION FOR THE REFUND WAS PROVIDED. THE CLAIM WAS NOT AMENDED OR WITHDRAWN.

| | |
|---|---|
| SALLIE MAE BANK<br>C/O SALLIE MAE<br>PO BOX 3319<br>WILMINGTON, DE 19804 | Court claim# 9/Trustee CID# 30 |

The Movant further certifies that on 11/21/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
KIRK J. SCHILLING, TAMMY S. SCHILLING, 322 N. SYCAMORE STREET, ALTOONA, PA  16602

DEBTOR'S COUNSEL:
JAMES R HUFF II ESQ, FORR STOKAN HUFF KORMANSKI & NAUGLE, 1701 5TH AVE, ALTOONA, PA  16602

ORIGINAL CREDITOR:
SALLIE MAE BANK, C/O SALLIE MAE, PO BOX 3319, WILMINGTON, DE  19804

NEW CREDITOR: