**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Kirk J. Schilling**
**Tammy S. Schilling**
Debtor(s)

Bankruptcy Case No.: 19−70497−JAD

Chapter: 13
Docket No.: 80 − 79

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 3rd of February, 2025, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/17/25.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/25/25 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/17/25.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70497-JAD |
| Kirk J. Schilling | Chapter 13 |
| Tammy S. Schilling | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 03, 2025 | Form ID: 408 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kirk J. Schilling, Tammy S. Schilling, 322 N. Sycamore Street, Altoona, PA 16602-7067 |
| 15106149 | + | Cambria Somerset Radiology, P.O. Box 5052, Greensburg, PA 15601-5058 |
| 15106155 | + | Discover Bank, P.O. Box 742655, Cincinnati, Ohio 45274-2655 |
| 15106156 | + | Drayer Physical Therapy, 5300 Derry Street, 2nd Floor, Harrisburg, Pennsylvania 17111-3576 |
| 15106157 | + | Encompass Health Rehab Hospital, 2005 Valley View Blvd., Altoona, Pennsylvania 16602-4548 |
| 15106159 | + | Guthy Renker/Perricone, P.O. Box 2005, Harlan, Iowa 51593-0220 |
| 15106161 | + | Keystone Derm & Ctr Skin, 2525 9th Avenue, Suite 2A, Altoona, Pennsylvania 16602-2014 |
| 15106167 | + | Navy Federal Credit Union, P.O. Box 3300, Merrifield, Virginia 22116-3300 |
| 15106168 | + | North Shore Agency, P.O. Box 9221, Old Bethpage, New York 11804-9021 |
| 15106169 | + | PNC Companies LLC/HR, 375 North Shore Drive, 2nd Floor, Pittsburgh, Pennsylvania 15212-5866 |
| 15106170 | | PSECU, P.O. Box 1006, Harrisburg, Pennsylvania 17108 |
| 15106174 | + | Total Health Dentistry Altoona, 616 Fourth Street, Altoona, Pennsylvania 16602-2604 |
| 15106176 | + | Vincent Morgan, MD, 205 Tennyson Avenue, Suite C, Altoona, Pennsylvania 16602-4171 |
| 15106177 | | Wells Fargo, Education Financial Services, P.O. Box 5185, Sioux Falls, South Dakota 57117 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 04 2025 00:25:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | ^ | MEBN | Feb 04 2025 00:08:47 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, PA 22119-2380 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 04 2025 00:31:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 04 2025 00:25:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 04 2025 00:32:30 | WELLS FARGO BANK, N.A., PO BOX 10438, DES MOINES, IA 50306-0438 |
| 15106145 | ^ | MEBN | Feb 04 2025 00:09:14 | AES, P.O. Box 65093, Baltimore, Mary 21264-5093 |
| 15106146 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 00:31:56 | Amazon/Synchrony Bank, P.O. Box 960013, Orlando, Florida 32896-0013 |
| 15106147 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 04 2025 00:25:00 | Bank of America, P.O. Box 15019, Wilmington, Delaware 19886 |

Case 19-70497-JAD    Doc 81    Filed 02/05/25    Entered 02/06/25 00:32:38    Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 03, 2025 | Form ID: 408 | Total Noticed: 56 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15106148 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 04 2025 00:25:00 | Barclays/Upromise, P.O. Box 13337, Philadelphia, Pennsylvania 19101-3337 |
| 15106150 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2025 00:32:34 | Capital One Bank, P.O. Box 71083, Charlotte, North Carolina 28272-1083 |
| 15124246 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2025 00:31:08 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15139001 | | Email/PDF: bncnotices@becket-lee.com | Feb 04 2025 00:44:58 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15106151 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 00:31:54 | Care Credit/Synchrony Bank, P.O. Box 965036, Orlando, Florida 32896-5036 |
| 15144697 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2025 00:32:01 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15106152 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2025 00:32:00 | Citicards, P.O. Box 70166, Philadelphia, Pennsylvania 19176-0166 |
| 15106153 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 04 2025 00:25:00 | Comenity/Victoria's Secret, P.O. Box 659728, San Antonio, Texas 78265 |
| 15106154 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 04 2025 00:26:00 | Credit Management Co., 2121 Noblestown Road, Pittsburgh, Pennsylvania 15205-3956 |
| 15117728 | | Email/Text: mrdiscen@discover.com | Feb 04 2025 00:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15325326 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 04 2025 00:25:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15106160 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 01:34:23 | J.C. Penney/Synchrony Bank, P.O. Box 960090, Orlando, Florida 32896-0090 |
| 15106162 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 04 2025 00:25:00 | Kohl's, P.O. Box 3115, Milwaukee, Wisconsin 53201-3115 |
| 15142104 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2025 00:31:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15106163 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 00:32:25 | Lowes/Synchrony Bank, P.O. Box 530914, Atlanta, Georgia 30353-0914 |
| 15106164 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 04 2025 00:25:00 | Mr. Cooper, P.O. Box 650783, Dallas, Texas 75265-0783 |
| 15106165 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 04 2025 00:25:00 | Mr. Cooper/Nationstar, 350 Highland, Houston, Texas 77009-6623 |
| 15133450 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 04 2025 00:25:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15106166 | + | Email/PDF: bankruptcy_prod@navient.com | Feb 04 2025 00:32:31 | Navient, P.O. Box 9655, Wilkes Barre, Pennsylvania 18773-9655 |
| 15143244 | | Email/PDF: bankruptcy_prod@navient.com | Feb 04 2025 00:32:02 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15113032 | ^ | MEBN | Feb 04 2025 00:08:44 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, VA 22119-3800 |
| 15307679 | + | Email/Text: bncnotifications@pheaa.org | Feb 04 2025 00:25:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15145882 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 04 2025 00:45:27 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15153337 | + | Email/Text: bankruptcynotices@psecu.com | Feb 04 2025 00:26:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15141267 | | Email/Text: bnc-quantum@quantum3group.com | Feb 04 2025 00:25:00 | Quantum3 Group LLC as agent for, Comenity |

Case 19-70497-JAD    Doc 81    Filed 02/05/25    Entered 02/06/25 00:32:38    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 03, 2025 | Form ID: 408 | Total Noticed: 56 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15141214 | | Email/Text: ebn_bkrt_forms@salliemae.com | Feb 04 2025 00:26:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15106171 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Feb 04 2025 00:26:00 | Sallie Mae, P.O. Box 3229, Wilmington, Delaware 19804-0229 |
| 15106172 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 00:31:55 | Sam's Club/Synchrony Bank, P.O. Box 530942, Atlanta, Georgia 30353-0942 |
| 15106173 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2025 00:32:01 | Sears Mastercard, P.O. Box 9001055, Louisville, Kentucky 40290-1055 |
| 15106594 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 04 2025 00:32:02 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15139033 | | Email/Text: BNCnotices@dcmservices.com | Feb 04 2025 00:25:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15106175 | ^ | MEBN | Feb 04 2025 00:08:39 | UPMC Health Services, P.O. Box 371472, Pittsburgh, Pennsylvania 15250-7472 |
| 15137402 | | Email/Text: BNCnotices@dcmservices.com | Feb 04 2025 00:25:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15129495 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 04 2025 00:32:36 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 564300, Charlotte, NC 28256-4300 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | | Navy Federal Credit Union, FEIN, SUCH, KAHN & SHEPARD, P.C. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15142655 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15106158 | ##+ | Equian, P.O. Box 34060, Louisville, Kentucky 40232-4060 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0315-7      User: auto      Page 4 of 4
Date Rcvd: Feb 03, 2025      Form ID: 408      Total Noticed: 56

Brent J. Lemon
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER blemon@kmllawgroup.com lemondropper75@hotmail.com

Brent J. Lemon
    on behalf of Creditor Nationstar Mortgage LLC blemon@kmllawgroup.com lemondropper75@hotmail.com

Chandra Marie Arkema
    on behalf of Creditor Navy Federal Credit Union tuhawkeye@msn.com carkema@squirelaw.com

Christopher A. DeNardo
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com

James R. Huff, II
    on behalf of Joint Debtor Tammy S. Schilling jhuff@sfshlaw.com

James R. Huff, II
    on behalf of Debtor Kirk J. Schilling jhuff@sfshlaw.com

Kevin Scott Frankel
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com logsecf@logs.com

Lily Christina Calkins
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com lilychristinacalkins@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Roger Fay
    on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Tammy Benoza
    on behalf of Creditor Navy Federal Credit Union bankruptcy@fskslaw.com

TOTAL: 13