**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KIRK J. SCHILLING<br>TAMMY S. SCHILLING<br>         Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>         Movant<br>     vs.<br>No Respondents. | Case No.:19-70497 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 28, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/16/2019 and confirmed on 10/2/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 209,573.15 |
| Less Refunds to Debtor | 1,410.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 208,163.15 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,200.00 | |
|    Trustee Fee | 10,438.79 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,638.79 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 0.00 | 132,869.89 | 0.00 | 132,869.89 |
|     Acct: 1554 | | | | |
|   NAVY FEDERAL CREDIT UNION* | 0.00 | 38,236.64 | 0.00 | 38,236.64 |
|     Acct: 6036 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 454.80 | 454.80 | 0.00 | 454.80 |
|     Acct: 1554 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PENNSYLVANIA STATE EMPLOYEES FEDE | 21,076.18 | 21,076.18 | 2,055.73 | 23,131.91 |
|     Acct: 3099 | | | | |
| | | | | 194,693.24 |
| **Priority** | | | | |
|   JAMES R HUFF II ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KIRK J. SCHILLING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KIRK J. SCHILLING | 1,410.00 | 1,410.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FORR STOKAN HUFF KORMANSKI & NAU( | 1,200.00 | 1,200.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 519.33 | 519.33 | 0.00 | 519.33 |
|     Acct: XXXXXXXXXXBANK | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 108.65 | 108.65 | 0.00 | 108.65 |
|     Acct: XXXXXXXXXXBANK | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 122.22 | 122.22 | 0.00 | 122.22 |
|     Acct: XXXXXXXXXXBANK | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 35.95 | 35.95 | 0.00 | 35.95 |
|     Acct: XXXXXXXXXXBANK | | | | |
| | | | | 786.15 |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LL( | 2,052.23 | 35.42 | 0.00 | 35.42 |
|     Acct: 5627 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 5335 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 1,256.57 | 21.69 | 0.00 | 21.69 |
| | Acct: 1952 | | | | |
| | CAMBRIA SOMERSET RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6755 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERICA | 2,264.96 | 39.10 | 0.00 | 39.10 |
| | Acct: 1070 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 214.66 | 3.71 | 0.00 | 3.71 |
| | Acct: 4810 | | | | |
| | CITIBANK NA** | 9,012.73 | 155.58 | 0.00 | 155.58 |
| | Acct: 8646 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENITY | 1,182.11 | 20.40 | 0.00 | 20.40 |
| | Acct: 5351 | | | | |
| | DISCOVER BANK(*) | 17,369.38 | 299.83 | 0.00 | 299.83 |
| | Acct: 7759 | | | | |
| | DRAYER PHYSICAL THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1301 | | | | |
| | ENCOMPASS HEALTH REHAB HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | EQUIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7904 | | | | |
| | GUTHY RENKER++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3761 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 4,134.01 | 71.36 | 0.00 | 71.36 |
| | Acct: 5925 | | | | |
| | KEYSTONE DERMATOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0312 | | | | |
| | CAPITAL ONE NA** | 1,003.84 | 17.33 | 0.00 | 17.33 |
| | Acct: 6608 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 2,694.52 | 46.51 | 0.00 | 46.51 |
| | Acct: 2613 | | | | |
| | NAVIENT PC TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3099 | | | | |
| | SALLIE MAE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9038 | | | | |
| | SALLIE MAE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9038 | | | | |
| | SALLIE MAE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9038 | | | | |
| | SALLIE MAE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9038 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 3,739.70 | 64.55 | 0.00 | 64.55 |
| | Acct: 4520 | | | | |
| | LVNV FUNDING LLC | 13,439.79 | 231.99 | 0.00 | 231.99 |
| | Acct: 0468 | | | | |
| | TOTAL HEALTH LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8410 | | | | |
| | UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7412 | | | | |
| | UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4060 | | | | |
| | VINCENT MORGAN MD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9815 | | | | |
| | WELLS FARGO EDUCATION FINANCIAL SI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3860 | | | | |
| | UPMC PHYSICIAN SERVICES | 185.82 | 3.21 | 0.00 | 3.21 |
| | Acct: 3099 | | | | |
| | UPMC HEALTH SERVICES | 1,986.58 | 34.29 | 0.00 | 34.29 |
| | Acct: 3099 | | | | |
| | ECMC(*) | 15,597.10 | 0.00 | 0.00 | 0.00 |

19-70497 JAD    Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 3099 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5627 | | | | |
| | LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RICHARD M SQUIRE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CHAD SCHILLING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CONNER SCHILLING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ADDED CREDITOR FOR CALCULATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NORTH SHORE AGENCY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 1,044.97 |

TOTAL PAID TO CREDITORS    196,524.36

TOTAL CLAIMED
PRIORITY    786.15
SECURED    21,530.98
UNSECURED    76,134.00

Date: 01/28/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
KIRK J. SCHILLING
TAMMY S. SCHILLING
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-70497 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70497-JAD |
| Kirk J. Schilling | Chapter 13 |
| Tammy S. Schilling | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 03, 2025 | Form ID: pdf900 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kirk J. Schilling, Tammy S. Schilling, 322 N. Sycamore Street, Altoona, PA 16602-7067 |
| 15106149 | + | Cambria Somerset Radiology, P.O. Box 5052, Greensburg, PA 15601-5058 |
| 15106155 | + | Discover Bank, P.O. Box 742655, Cincinnati, Ohio 45274-2655 |
| 15106156 | + | Drayer Physical Therapy, 5300 Derry Street, 2nd Floor, Harrisburg, Pennsylvania 17111-3576 |
| 15106157 | + | Encompass Health Rehab Hospital, 2005 Valley View Blvd., Altoona, Pennsylvania 16602-4548 |
| 15106159 | + | Guthy Renker/Perricone, P.O. Box 2005, Harlan, Iowa 51593-0220 |
| 15106161 | + | Keystone Derm & Ctr Skin, 2525 9th Avenue, Suite 2A, Altoona, Pennsylvania 16602-2014 |
| 15106167 | + | Navy Federal Credit Union, P.O. Box 3300, Merrifield, Virginia 22116-3300 |
| 15106168 | + | North Shore Agency, P.O. Box 9221, Old Bethpage, New York 11804-9021 |
| 15106169 | + | PNC Companies LLC/HR, 375 North Shore Drive, 2nd Floor, Pittsburgh, Pennsylvania 15212-5866 |
| 15106170 | | PSECU, P.O. Box 1006, Harrisburg, Pennsylvania 17108 |
| 15106174 | + | Total Health Dentistry Altoona, 616 Fourth Street, Altoona, Pennsylvania 16602-2604 |
| 15106176 | + | Vincent Morgan, MD, 205 Tennyson Avenue, Suite C, Altoona, Pennsylvania 16602-4171 |
| 15106177 | | Wells Fargo, Education Financial Services, P.O. Box 5185, Sioux Falls, South Dakota 57117 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 04 2025 00:25:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | ^ | MEBN | Feb 04 2025 00:08:48 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, PA 22119-2380 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 04 2025 00:45:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 04 2025 00:25:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 04 2025 00:31:32 | WELLS FARGO BANK, N.A., PO BOX 10438, DES MOINES, IA 50306-0438 |
| 15106145 | ^ | MEBN | Feb 04 2025 00:09:15 | AES, P.O. Box 65093, Baltimore, Mary 21264-5093 |
| 15106146 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 00:32:44 | Amazon/Synchrony Bank, P.O. Box 960013, Orlando, Florida 32896-0013 |
| 15106147 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 04 2025 00:25:00 | Bank of America, P.O. Box 15019, Wilmington, Delaware 19886 |

Case 19-70497-JAD    Doc 82    Filed 02/05/25    Entered 02/06/25 00:32:38    Desc Imaged
Certificate of Notice    Page 7 of 9

| District/off: 0315-7 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Feb 03, 2025 | Form ID: pdf900 | Total Noticed: 56 |

| | | | | |
| --- | --- | --- | --- | --- |
| 15106148 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 04 2025 00:25:00 | Barclays/Upromise, P.O. Box 13337, Philadelphia, Pennsylvania 19101-3337 |
| 15106150 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2025 00:32:42 | Capital One Bank, P.O. Box 71083, Charlotte, North Carolina 28272-1083 |
| 15124246 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2025 00:32:50 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15139001 | | Email/PDF: bncnotices@becket-lee.com | Feb 04 2025 00:31:26 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15106151 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 00:32:01 | Care Credit/Synchrony Bank, P.O. Box 965036, Orlando, Florida 32896-5036 |
| 15144697 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2025 00:44:49 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15106152 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2025 00:31:26 | Citicards, P.O. Box 70166, Philadelphia, Pennsylvania 19176-0166 |
| 15106153 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 04 2025 00:25:00 | Comenity/Victoria's Secret, P.O. Box 659728, San Antonio, Texas 78265 |
| 15106154 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 04 2025 00:26:00 | Credit Management Co., 2121 Noblestown Road, Pittsburgh, Pennsylvania 15205-3956 |
| 15117728 | | Email/Text: mrdiscen@discover.com | Feb 04 2025 00:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15325326 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 04 2025 00:25:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15106160 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 00:32:30 | J.C. Penney/Synchrony Bank, P.O. Box 960090, Orlando, Florida 32896-0090 |
| 15106162 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 04 2025 00:25:00 | Kohl's, P.O. Box 3115, Milwaukee, Wisconsin 53201-3115 |
| 15142104 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2025 00:32:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15106163 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 00:33:04 | Lowes/Synchrony Bank, P.O. Box 530914, Atlanta, Georgia 30353-0914 |
| 15106164 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 04 2025 00:25:00 | Mr. Cooper, P.O. Box 650783, Dallas, Texas 75265-0783 |
| 15106165 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 04 2025 00:25:00 | Mr. Cooper/Nationstar, 350 Highland, Houston, Texas 77009-6623 |
| 15133450 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 04 2025 00:25:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15106166 | + | Email/PDF: bankruptcy_prod@navient.com | Feb 04 2025 00:32:01 | Navient, P.O. Box 9655, Wilkes Barre, Pennsylvania 18773-9655 |
| 15143244 | | Email/PDF: bankruptcy_prod@navient.com | Feb 04 2025 00:44:31 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15113032 | ^ | MEBN | Feb 04 2025 00:08:46 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, VA 22119-3800 |
| 15307679 | + | Email/Text: bncnotifications@pheaa.org | Feb 04 2025 00:25:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15145882 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 04 2025 01:54:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15153337 | + | Email/Text: bankruptcynotices@psecu.com | Feb 04 2025 00:26:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15141267 | | Email/Text: bnc-quantum@quantum3group.com | Feb 04 2025 00:25:00 | Quantum3 Group LLC as agent for, Comenity |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15141214 | | Email/Text: ebn_bkrt_forms@salliemae.com | Feb 04 2025 00:26:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15106171 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Feb 04 2025 00:26:00 | Sallie Mae, P.O. Box 3229, Wilmington, Delaware 19804-0229 |
| 15106172 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 00:31:12 | Sam's Club/Synchrony Bank, P.O. Box 530942, Atlanta, Georgia 30353-0942 |
| 15106173 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2025 01:54:53 | Sears Mastercard, P.O. Box 9001055, Louisville, Kentucky 40290-1055 |
| 15106594 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 04 2025 00:31:24 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15139033 | | Email/Text: BNCnotices@dcmservices.com | Feb 04 2025 00:25:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15106175 | ^ | MEBN | Feb 04 2025 00:08:39 | UPMC Health Services, P.O. Box 371472, Pittsburgh, Pennsylvania 15250-7472 |
| 15137402 | | Email/Text: BNCnotices@dcmservices.com | Feb 04 2025 00:25:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15129495 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 04 2025 01:54:53 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 564300, Charlotte, NC 28256-4300 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | | Navy Federal Credit Union, FEIN, SUCH, KAHN & SHEPARD, P.C. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15142655 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15106158 | ##+ | Equian, P.O. Box 34060, Louisville, Kentucky 40232-4060 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2025           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:

**Name**                    **Email Address**

District/off: 0315-7 | User: auto | Page 4 of 4
Date Rcvd: Feb 03, 2025 | Form ID: pdf900 | Total Noticed: 56

Brent J. Lemon
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER blemon@kmllawgroup.com lemondropper75@hotmail.com

Brent J. Lemon
    on behalf of Creditor Nationstar Mortgage LLC blemon@kmllawgroup.com lemondropper75@hotmail.com

Chandra Marie Arkema
    on behalf of Creditor Navy Federal Credit Union tuhawkeye@msn.com carkema@squirelaw.com

Christopher A. DeNardo
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com

James R. Huff, II
    on behalf of Joint Debtor Tammy S. Schilling jhuff@sfshlaw.com

James R. Huff, II
    on behalf of Debtor Kirk J. Schilling jhuff@sfshlaw.com

Kevin Scott Frankel
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com logsecf@logs.com

Lily Christina Calkins
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com lilychristinacalkins@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Roger Fay
    on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Tammy Benoza
    on behalf of Creditor Navy Federal Credit Union bankruptcy@fskslaw.com

TOTAL: 13