| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kirk J. Schilling<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9038<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Tammy S. Schilling<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3099<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   19–70497–JAD | | |

## Order of Discharge                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kirk J. Schilling                                     Tammy S. Schilling

3/19/25                                              **By the court:** Jeffery A. Deller
                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kirk J. Schilling  
Tammy S. Schilling  
    Debtors

Case No. 19-70497-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 4  
Date Rcvd: Mar 19, 2025      Form ID: 3180W      Total Noticed: 58

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kirk J. Schilling, Tammy S. Schilling, 322 N. Sycamore Street, Altoona, PA 16602-7067 |
| 15106149 | + | Cambria Somerset Radiology, P.O. Box 5052, Greensburg, PA 15601-5058 |
| 15106155 | + | Discover Bank, P.O. Box 742655, Cincinnati, Ohio 45274-2655 |
| 15106156 | + | Drayer Physical Therapy, 5300 Derry Street, 2nd Floor, Harrisburg, Pennsylvania 17111-3576 |
| 15106157 | + | Encompass Health Rehab Hospital, 2005 Valley View Blvd., Altoona, Pennsylvania 16602-4548 |
| 15106159 | #+ | Guthy Renker/Perricone, P.O. Box 2005, Harlan, Iowa 51593-0220 |
| 15106161 | + | Keystone Derm & Ctr Skin, 2525 9th Avenue, Suite 2A, Altoona, Pennsylvania 16602-2014 |
| 15106167 | + | Navy Federal Credit Union, P.O. Box 3300, Merrifield, Virginia 22116-3300 |
| 15106168 | + | North Shore Agency, P.O. Box 9221, Old Bethpage, New York 11804-9021 |
| 15106169 | + | PNC Companies LLC/HR, 375 North Shore Drive, 2nd Floor, Pittsburgh, Pennsylvania 15212-5866 |
| 15106170 | | PSECU, P.O. Box 1006, Harrisburg, Pennsylvania 17108 |
| 15106174 | + | Total Health Dentistry Altoona, 616 Fourth Street, Altoona, Pennsylvania 16602-2604 |
| 15106176 | + | Vincent Morgan, MD, 205 Tennyson Avenue, Suite C, Altoona, Pennsylvania 16602-4171 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 20 2025 04:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2025 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 20 2025 04:14:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2025 00:22:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 00:21:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | ^ | MEBN | Mar 20 2025 00:13:19 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, PA 22119-2380 |

Case 19-70497-JAD    Doc 86    Filed 03/21/25    Entered 03/22/25 00:31:46    Desc Imaged
Certificate of Notice    Page 4 of 6

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 4 |
| Date Rcvd: Mar 19, 2025 | Form ID: 3180W | Total Noticed: 58 |

| Recip ID | Notice Type | Method | Date/Time | Recipient |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Mar 20 2025 04:14:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 20 2025 00:21:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 20 2025 00:37:53 | WELLS FARGO BANK, N.A., PO BOX 10438, DES MOINES, IA 50306-0438 |
| 15106145 | ^ | MEBN | Mar 20 2025 00:13:46 | AES, P.O. Box 65093, Baltimore, Mary 21264-5093 |
| 15106146 | + | EDI: SYNC | Mar 20 2025 04:14:00 | Amazon/Synchrony Bank, P.O. Box 960013, Orlando, Florida 32896-0013 |
| 15106147 | | EDI: BANKAMER | Mar 20 2025 04:08:00 | Bank of America, P.O. Box 15019, Wilmington, Delaware 19886 |
| 15106148 | + | EDI: TSYS2 | Mar 20 2025 04:14:00 | Barclays/Upromise, P.O. Box 13337, Philadelphia, Pennsylvania 19101-3337 |
| 15106150 | + | EDI: CAPITALONE.COM | Mar 20 2025 04:14:00 | Capital One Bank, P.O. Box 71083, Charlotte, North Carolina 28272-1083 |
| 15124246 | | EDI: CAPITALONE.COM | Mar 20 2025 04:14:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15139001 | | Email/PDF: bncnotices@becket-lee.com | Mar 20 2025 00:25:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15106151 | + | EDI: SYNC | Mar 20 2025 04:14:00 | Care Credit/Synchrony Bank, P.O. Box 965036, Orlando, Florida 32896-5036 |
| 15144697 | | EDI: CITICORP | Mar 20 2025 04:14:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15106152 | + | EDI: CITICORP | Mar 20 2025 04:14:00 | Citicards, P.O. Box 70166, Philadelphia, Pennsylvania 19176-0166 |
| 15106153 | | EDI: WFNNB.COM | Mar 20 2025 04:14:00 | Comenity/Victoria's Secret, P.O. Box 659728, San Antonio, Texas 78265 |
| 15106154 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 20 2025 00:22:00 | Credit Management Co., 2121 Noblestown Road, Pittsburgh, Pennsylvania 15205-3956 |
| 15117728 | | EDI: DISCOVER | Mar 20 2025 04:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15325326 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 20 2025 00:21:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15106160 | + | EDI: SYNC | Mar 20 2025 04:14:00 | J.C. Penney/Synchrony Bank, P.O. Box 960090, Orlando, Florida 32896-0090 |
| 15106162 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 20 2025 00:21:00 | Kohl's, P.O. Box 3115, Milwaukee, Wisconsin 53201-3115 |
| 15142104 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 00:25:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15106163 | + | EDI: SYNC | Mar 20 2025 04:14:00 | Lowes/Synchrony Bank, P.O. Box 530914, Atlanta, Georgia 30353-0914 |
| 15106164 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 00:21:00 | Mr. Cooper, P.O. Box 650783, Dallas, Texas 75265-0783 |
| 15106165 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 00:21:00 | Mr. Cooper/Nationstar, 350 Highland, Houston, Texas 77009-6623 |
| 15133450 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 00:21:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15106166 | + | Email/PDF: bankruptcy_prod@navient.com | | |

Case 19-70497-JAD  Doc 86  Filed 03/21/25  Entered 03/22/25 00:31:46  Desc Imaged
                        Certificate of Notice   Page 5 of 6

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15143244 | | Email/PDF: bankruptcy_prod@navient.com | Mar 20 2025 00:38:26 | Navient, P.O. Box 9655, Wilkes Barre, Pennsylvania 18773-9655 |
| 15113032 | ^ | MEBN | Mar 20 2025 00:50:12 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15307679 | + | Email/Text: bncnotifications@pheaa.org | Mar 20 2025 00:13:17 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, VA 22119-3800 |
| 15145882 | | EDI: PRA.COM | Mar 20 2025 00:21:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15153337 | + | EDI: G2RSPSECU | Mar 20 2025 04:14:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15153337 | + | Email/Text: bankruptcynotices@psecu.com | Mar 20 2025 04:14:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15141267 | | EDI: Q3G.COM | Mar 20 2025 00:23:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15141214 | | EDI: SALLIEMAEBANK.COM | Mar 20 2025 04:14:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15106171 | + | EDI: SALLIEMAEBANK.COM | Mar 20 2025 04:14:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15106172 | + | EDI: SYNC | Mar 20 2025 04:14:00 | Sallie Mae, P.O. Box 3229, Wilmington, Delaware 19804-0229 |
| 15106173 | + | EDI: CITICORP | Mar 20 2025 04:14:00 | Sam's Club/Synchrony Bank, P.O. Box 530942, Atlanta, Georgia 30353-0942 |
| 15106594 | + | EDI: AISACG.COM | Mar 20 2025 04:14:00 | Sears Mastercard, P.O. Box 9001055, Louisville, Kentucky 40290-1055 |
| 15139033 | | Email/Text: BNCnotices@dcmservices.com | Mar 20 2025 04:14:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15106175 | ^ | MEBN | Mar 20 2025 00:21:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15137402 | | Email/Text: BNCnotices@dcmservices.com | Mar 20 2025 00:13:08 | UPMC Health Services, P.O. Box 371472, Pittsburgh, Pennsylvania 15250-7472 |
| 15106177 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Mar 20 2025 00:21:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15129495 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Mar 20 2025 00:38:58 | Wells Fargo, Education Financial Services, P.O. Box 5185, Sioux Falls, South Dakota 57117 |
| | | | Mar 20 2025 00:25:13 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 564300, Charlotte, NC 28256-4300 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | | Navy Federal Credit Union, FEIN, SUCH, KAHN & SHEPARD, P.C. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15142655 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15106158 | ##+ | Equian, P.O. Box 34060, Louisville, Kentucky 40232-4060 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2025      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brent J. Lemon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Brent J. Lemon | on behalf of Creditor Nationstar Mortgage LLC blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Chandra Marie Arkema | on behalf of Creditor Navy Federal Credit Union tuhawkeye@msn.com carkema@squirelaw.com |
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com |
| James R. Huff, II | on behalf of Joint Debtor Tammy S. Schilling jhuff@sfshlaw.com |
| James R. Huff, II | on behalf of Debtor Kirk J. Schilling jhuff@sfshlaw.com |
| Kevin Scott Frankel | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com logsecf@logs.com |
| Lily Christina Calkins | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com lilychristinacalkins@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Tammy Benoza | on behalf of Creditor Navy Federal Credit Union bankruptcy@fskslaw.com |

TOTAL: 13