IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
KIRK J. SCHILLING
TAMMY S. SCHILLING
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:19-70497 JAD

Chapter 13

Document No.: 79

FILED
3/19/25 3:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

  AND NOW, this __19th__ day of __March__, 20__25__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

jsf

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70497-JAD |
| Kirk J. Schilling | Chapter 13 |
| Tammy S. Schilling | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 19, 2025 | Form ID: pdf900 | Total Noticed: 56 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kirk J. Schilling, Tammy S. Schilling, 322 N. Sycamore Street, Altoona, PA 16602-7067 |
| 15106149 | + | Cambria Somerset Radiology, P.O. Box 5052, Greensburg, PA 15601-5058 |
| 15106155 | + | Discover Bank, P.O. Box 742655, Cincinnati, Ohio 45274-2655 |
| 15106156 | + | Drayer Physical Therapy, 5300 Derry Street, 2nd Floor, Harrisburg, Pennsylvania 17111-3576 |
| 15106157 | + | Encompass Health Rehab Hospital, 2005 Valley View Blvd., Altoona, Pennsylvania 16602-4548 |
| 15106159 | #+ | Guthy Renker/Perricone, P.O. Box 2005, Harlan, Iowa 51593-0220 |
| 15106161 | + | Keystone Derm & Ctr Skin, 2525 9th Avenue, Suite 2A, Altoona, Pennsylvania 16602-2014 |
| 15106167 | + | Navy Federal Credit Union, P.O. Box 3300, Merrifield, Virginia 22116-3300 |
| 15106168 | + | North Shore Agency, P.O. Box 9221, Old Bethpage, New York 11804-9021 |
| 15106169 | + | PNC Companies LLC/HR, 375 North Shore Drive, 2nd Floor, Pittsburgh, Pennsylvania 15212-5866 |
| 15106170 | | PSECU, P.O. Box 1006, Harrisburg, Pennsylvania 17108 |
| 15106174 | + | Total Health Dentistry Altoona, 616 Fourth Street, Altoona, Pennsylvania 16602-2604 |
| 15106176 | + | Vincent Morgan, MD, 205 Tennyson Avenue, Suite C, Altoona, Pennsylvania 16602-4171 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 00:21:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | ^ | MEBN | Mar 20 2025 00:13:20 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, PA 22119-2380 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2025 00:25:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 20 2025 00:21:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 20 2025 00:25:11 | WELLS FARGO BANK, N.A., PO BOX 10438, DES MOINES, IA 50306-0438 |
| 15106145 | ^ | MEBN | Mar 20 2025 00:13:47 | AES, P.O. Box 65093, Baltimore, Mary 21264-5093 |
| 15106146 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2025 00:37:35 | Amazon/Synchrony Bank, P.O. Box 960013, Orlando, Florida 32896-0013 |
| 15106147 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 20 2025 00:20:00 | Bank of America, P.O. Box 15019, Wilmington, |

Case 19-70497-JAD    Doc 87    Filed 03/21/25    Entered 03/22/25 00:31:46    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 4 |
| Date Rcvd: Mar 19, 2025 | Form ID: pdf900 | Total Noticed: 56 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Delaware 19886 |
| 15106148 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 20 2025 00:21:00 | Barclays/Upromise, P.O. Box 13337, Philadelphia, Pennsylvania 19101-3337 |
| 15106150 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2025 00:38:54 | Capital One Bank, P.O. Box 71083, Charlotte, North Carolina 28272-1083 |
| 15124246 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2025 00:49:42 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15139001 | | Email/PDF: bncnotices@becket-lee.com | Mar 20 2025 00:25:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15106151 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2025 00:26:22 | Care Credit/Synchrony Bank, P.O. Box 965036, Orlando, Florida 32896-5036 |
| 15144697 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2025 00:26:23 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15106152 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2025 00:38:30 | Citicards, P.O. Box 70166, Philadelphia, Pennsylvania 19176-0166 |
| 15106153 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 20 2025 00:21:00 | Comenity/Victoria's Secret, P.O. Box 659728, San Antonio, Texas 78265 |
| 15106154 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 20 2025 00:22:00 | Credit Management Co., 2121 Noblestown Road, Pittsburgh, Pennsylvania 15205-3956 |
| 15117728 | | Email/Text: mrdiscen@discover.com | Mar 20 2025 00:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15325326 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 20 2025 00:22:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15106160 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2025 00:26:24 | J.C. Penney/Synchrony Bank, P.O. Box 960090, Orlando, Florida 32896-0090 |
| 15106162 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 20 2025 00:21:00 | Kohl's, P.O. Box 3115, Milwaukee, Wisconsin 53201-3115 |
| 15142104 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 00:25:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15106163 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2025 00:38:25 | Lowes/Synchrony Bank, P.O. Box 530914, Atlanta, Georgia 30353-0914 |
| 15106164 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 00:21:00 | Mr. Cooper, P.O. Box 650783, Dallas, Texas 75265-0783 |
| 15106165 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 00:21:00 | Mr. Cooper/Nationstar, 350 Highland, Houston, Texas 77009-6623 |
| 15133450 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 20 2025 00:21:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15106166 | + | Email/PDF: bankruptcy_prod@navient.com | Mar 20 2025 00:38:25 | Navient, P.O. Box 9655, Wilkes Barre, Pennsylvania 18773-9655 |
| 15143244 | | Email/PDF: bankruptcy_prod@navient.com | Mar 20 2025 00:25:42 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15113032 | ^ | MEBN | Mar 20 2025 00:13:18 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, VA 22119-3800 |
| 15307679 | + | Email/Text: bncnotifications@pheaa.org | Mar 20 2025 00:21:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15145882 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2025 00:37:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15153337 | + | Email/Text: bankruptcynotices@psecu.com | Mar 20 2025 00:23:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15141267 | | Email/Text: bnc-quantum@quantum3group.com | | |

Case 19-70497-JAD   Doc 87   Filed 03/21/25   Entered 03/22/25 00:31:46   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-7 | User: auto | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Mar 19, 2025 | Form ID: pdf900 | Total Noticed: 56 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Mar 20 2025 00:22:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15141214 | | Email/Text: ebn_bkrt_forms@salliemae.com | Mar 20 2025 00:23:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15106171 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Mar 20 2025 00:23:00 | Sallie Mae, P.O. Box 3229, Wilmington, Delaware 19804-0229 |
| 15106172 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2025 00:50:15 | Sam's Club/Synchrony Bank, P.O. Box 530942, Atlanta, Georgia 30353-0942 |
| 15106173 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2025 00:26:21 | Sears Mastercard, P.O. Box 9001055, Louisville, Kentucky 40290-1055 |
| 15106594 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 20 2025 00:26:21 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15139033 | | Email/Text: BNCnotices@dcmservices.com | Mar 20 2025 00:21:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15106175 | ^ | MEBN | Mar 20 2025 00:13:09 | UPMC Health Services, P.O. Box 371472, Pittsburgh, Pennsylvania 15250-7472 |
| 15137402 | | Email/Text: BNCnotices@dcmservices.com | Mar 20 2025 00:21:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15106177 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Mar 20 2025 00:25:39 | Wells Fargo, Education Financial Services, P.O. Box 5185, Sioux Falls, South Dakota 57117 |
| 15129495 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Mar 20 2025 00:37:34 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 564300, Charlotte, NC 28256-4300 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Nationstar Mortgage LLC |
| cr | | Navy Federal Credit Union, FEIN, SUCH, KAHN & SHEPARD, P.C. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15142655 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15106158 | ##+ | Equian, P.O. Box 34060, Louisville, Kentucky 40232-4060 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2025                Signature:        /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 4 of 4 |
| Date Rcvd: Mar 19, 2025 | Form ID: pdf900 | Total Noticed: 56 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Brent J. Lemon
     on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER blemon@kmllawgroup.com lemondropper75@hotmail.com

Brent J. Lemon
     on behalf of Creditor Nationstar Mortgage LLC blemon@kmllawgroup.com lemondropper75@hotmail.com

Chandra Marie Arkema
     on behalf of Creditor Navy Federal Credit Union tuhawkeye@msn.com carkema@squirelaw.com

Christopher A. DeNardo
     on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com

James R. Huff, II
     on behalf of Joint Debtor Tammy S. Schilling jhuff@sfshlaw.com

James R. Huff, II
     on behalf of Debtor Kirk J. Schilling jhuff@sfshlaw.com

Kevin Scott Frankel
     on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com logsecf@logs.com

Lily Christina Calkins
     on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com lilychristinacalkins@gmail.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Roger Fay
     on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net bkecf@milsteadlaw.com

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

S. James Wallace
     on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Tammy Benoza
     on behalf of Creditor Navy Federal Credit Union bankruptcy@fskslaw.com

TOTAL: 13