IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  KIRK J. SCHILLING and : | Bankruptcy Case No. 19-70497-JAD |
| TAMMY S. SCHILING, : | |
| Debtors : | |
| : | CHAPTER 13 |

| | | |
|---|---|---|
| KIRK J. SCHILLING and TAMMY S. : | Related to Doc. Nos. 95 and 97 |
| SCHILLING, : | |
| Movants : | |
| : | |
| vs : | |
| : | Hearing Date and Time: |
| RONDA J. WINNECOUR, CHAPTER 13 : | Tuesday, January 6, 2026 |
| TRUSTEE, : | at 10:00 a.m. |
| Respondent : | |

**CERTIFICATE OF SERVICE OF MOTION TO REOPEN CASE TOGETHER
WITH NOTICE OF HYBRID HEARING WITH RESPONSE DEADLINE**

    I certify under penalty of perjury that I served the above-captioned Notice on the parties at the addresses specified below on **November 26, 2025.**

    The type of service made on the parties was electronic notification.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the full name, email address and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

**Service via Electronic Notification:**

Office of Chapter 13 Trustee – cmecf@chapter13trusteewdpa.com
Office of the U.S. Trustee –ustpregion03.pi.ecf@usdoj.gov

Executed on:   November 26, 2025        Forr, Stokan, Huff, & Naugle

        By:  /s/James R. Huff, II_____
        James R. Huff, II, Esquire
        1701 Fifth Avenue
        Altoona, PA    16602
        (814) 946-4316
        Pa. I.D. No. 33270