IN THE UNITED STATES BANKRUPCTY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: KIRK J. SCHILLING and<br>TAMMY S. SCHILING,<br>Debtors | :<br>:<br>:<br>: | Bankruptcy Case No. 19-70497-JAD<br><br>CHAPTER 13 |

| | | |
|---|---|---|
| KIRK J. SCHILLING and TAMMY S. SCHILLING,<br>Movants<br><br>vs<br><br>RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE,<br>Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Doc. No. _____<br><br><br><br><br><br>Tuesday, January 6, 2026<br>at 10:00 a.m. |

## **ORDER OF COURT**

AND NOW, to wit, this _____ day of _____ A.D. 202___, the above identified matter having come before this Court in connection with Debtors/Movants' Motion to Recover Unclaimed Funds, and after hearing held thereon, it is hereby **ORDERED, DIRECTED AND DECREED** that said Motion is granted and the Clerk of Court shall release the unclaimed funds in the amount of $786.15, which are being held by the Court and remit the same to the Movants/Debtors' at their home address of 322 N. Sycamore Street, Altoona, Pa. 16602.

BY THE COURT:

_____
The Honorable Jeffery A. Deller
United States Bankruptcy Judge