**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPCTY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: KIRK J. SCHILLING and<br>TAMMY S. SCHILING,<br>　　　　Debtors | :<br>:<br>:<br>: | Bankruptcy Case No. 19-70497-JAD<br><br>FILED<br>12/31/25 11:41 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |
| | | CHAPTER 13 | |
| KIRK J. SCHILLING and TAMMY S.<br>SCHILLING,<br>　　　　Movants<br><br>　　vs<br><br>RONDA J. WINNECOUR, CHAPTER 13<br>TRUSTEE,<br>　　　　Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Doc. No.  95<br><br><br><br>Hearing Date and Time:<br>Tuesday, January 6, 2026<br>at 10:00 a.m. |

## ORDER OF COURT

AND NOW, to wit, this  31st  day of  December  2025, the above identified matter having come before this Court in connection with Debtors/Movants' Motion to Reopen Case, and after hearing held thereon, it is hereby **ORDERED, DIRECTED AND DECREED** that said Motion is granted and Debtors/Movants' Chapter 13 Case No. 19-70497 is reopened for the sole purpose of proceeding with Debtors/Movants; Motion to Recover Unclaimed Funds.  It is further Ordered that the Clerk shall refund the filing fee of $235.00 for the Motion to Reopen to Attorney James R. Huff, II.

BY THE COURT:

_____  jsf
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70497-JAD |
| Kirk J. Schilling | Chapter 13 |
| Tammy S. Schilling | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Dec 31, 2025 | Form ID: pdf900 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kirk J. Schilling, Tammy S. Schilling, 322 N. Sycamore Street, Altoona, PA 16602-7067 |
| 15106149 | + | Cambria Somerset Radiology, P.O. Box 5052, Greensburg, PA 15601-5058 |
| 15106155 | + | Discover Bank, P.O. Box 742655, Cincinnati, Ohio 45274-2655 |
| 15106156 | + | Drayer Physical Therapy, 5300 Derry Street, 2nd Floor, Harrisburg, Pennsylvania 17111-3576 |
| 15106157 | + | Encompass Health Rehab Hospital, 2005 Valley View Blvd., Altoona, Pennsylvania 16602-4548 |
| 15106159 | #+ | Guthy Renker/Perricone, P.O. Box 2005, Harlan, Iowa 51593-0220 |
| 15106161 | + | Keystone Derm & Ctr Skin, 2525 9th Avenue, Suite 2A, Altoona, Pennsylvania 16602-2014 |
| 15106167 | + | Navy Federal Credit Union, P.O. Box 3300, Merrifield, Virginia 22116-3300 |
| 15106168 | + | North Shore Agency, P.O. Box 9221, Old Bethpage, New York 11804-9021 |
| 15106169 | + | PNC Companies LLC/HR, 375 North Shore Drive, 2nd Floor, Pittsburgh, Pennsylvania 15212-5866 |
| 15106170 | | PSECU, P.O. Box 1006, Harrisburg, Pennsylvania 17108 |
| 15106174 | + | Total Health Dentistry Altoona, 616 Fourth Street, Altoona, Pennsylvania 16602-2604 |
| 15106176 | + | Vincent Morgan, MD, 205 Tennyson Avenue, Suite C, Altoona, Pennsylvania 16602-4171 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 31 2025 23:42:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | ^ | MEBN | Dec 31 2025 23:39:10 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, PA 22119-2380 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 31 2025 23:46:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 31 2025 23:42:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Dec 31 2025 23:46:56 | WELLS FARGO BANK, N.A., PO BOX 10438, DES MOINES, IA 50306-0438 |
| 15106145 | ^ | MEBN | Dec 31 2025 23:39:27 | AES, P.O. Box 65093, Baltimore, Mary 21264-5093 |
| 15106146 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 31 2025 23:46:12 | Amazon/Synchrony Bank, P.O. Box 960013, Orlando, Florida 32896-0013 |
| 15106147 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Dec 31 2025 23:42:00 | Bank of America, P.O. Box 15019, Wilmington, |

Case 19-70497-JAD    Doc 103    Filed 01/02/26    Entered 01/03/26 00:29:14    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 31, 2025 | Form ID: pdf900 | Total Noticed: 56 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Delaware 19886 |
| 15106148 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 31 2025 23:42:00 | Barclays/Upromise, P.O. Box 13337, Philadelphia, Pennsylvania 19101-3337 |
| 15106150 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 31 2025 23:46:55 | Capital One Bank, P.O. Box 71083, Charlotte, North Carolina 28272-1083 |
| 15124246 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 31 2025 23:46:44 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15139001 | | Email/PDF: bncnotices@becket-lee.com | Dec 31 2025 23:46:19 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15106151 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 31 2025 23:46:54 | Care Credit/Synchrony Bank, P.O. Box 965036, Orlando, Florida 32896-5036 |
| 15144697 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 31 2025 23:57:08 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15106152 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 31 2025 23:57:08 | Citicards, P.O. Box 70166, Philadelphia, Pennsylvania 19176-0166 |
| 15106153 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 31 2025 23:42:00 | Comenity/Victoria's Secret, P.O. Box 659728, San Antonio, Texas 78265 |
| 15106154 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 31 2025 23:43:00 | Credit Management Co., 2121 Noblestown Road, Pittsburgh, Pennsylvania 15205-3956 |
| 15117728 | | Email/Text: mrdiscen@discover.com | Dec 31 2025 23:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15325326 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 31 2025 23:42:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15106160 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 31 2025 23:46:43 | J.C. Penney/Synchrony Bank, P.O. Box 960090, Orlando, Florida 32896-0090 |
| 15106162 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 31 2025 23:46:55 | Kohl's, P.O. Box 3115, Milwaukee, Wisconsin 53201-3115 |
| 15142104 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 31 2025 23:57:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15106163 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 31 2025 23:46:41 | Lowes/Synchrony Bank, P.O. Box 530914, Atlanta, Georgia 30353-0914 |
| 15106164 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 31 2025 23:42:00 | Mr. Cooper, P.O. Box 650783, Dallas, Texas 75265-0783 |
| 15106165 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 31 2025 23:42:00 | Mr. Cooper/Nationstar, 350 Highland, Houston, Texas 77009-6623 |
| 15133450 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 31 2025 23:42:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15106166 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Dec 31 2025 23:46:19 | Navient, P.O. Box 9655, Wilkes Barre, Pennsylvania 18773-9655 |
| 15143244 | | Email/PDF: Bankruptcy_Prod@mohela.com | Dec 31 2025 23:46:19 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15113032 | ^ | MEBN | Dec 31 2025 23:39:10 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, VA 22119-3800 |
| 15307679 | + | Email/Text: bncnotifications@pheaa.org | Dec 31 2025 23:42:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15145882 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 31 2025 23:46:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15153337 | + | Email/Text: bankruptcynotices@psecu.com | Dec 31 2025 23:43:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15141267 | | Email/Text: bnc-quantum@quantum3group.com | | |

| Recip ID | Flag | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 31 2025 23:42:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15141214 | | Email/Text: ebn_bkrt_forms@salliemae.com | Dec 31 2025 23:43:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15106171 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Dec 31 2025 23:43:00 | Sallie Mae, P.O. Box 3229, Wilmington, Delaware 19804-0229 |
| 15106172 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 31 2025 23:46:11 | Sam's Club/Synchrony Bank, P.O. Box 530942, Atlanta, Georgia 30353-0942 |
| 15106173 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 31 2025 23:57:08 | Sears Mastercard, P.O. Box 9001055, Louisville, Kentucky 40290-1055 |
| 15106594 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 31 2025 23:46:19 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15139033 | | Email/Text: BNCnotices@dcmservices.com | Dec 31 2025 23:42:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15106175 | ^ | MEBN | Dec 31 2025 23:39:06 | UPMC Health Services, P.O. Box 371472, Pittsburgh, Pennsylvania 15250-7472 |
| 15137402 | | Email/Text: BNCnotices@dcmservices.com | Dec 31 2025 23:42:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15106177 | | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Dec 31 2025 23:46:45 | Wells Fargo, Education Financial Services, P.O. Box 5185, Sioux Falls, South Dakota 57117 |
| 15129495 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Dec 31 2025 23:46:17 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 564300, Charlotte, NC 28256-4300 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | | Navy Federal Credit Union, FEIN, SUCH, KAHN & SHEPARD, P.C. |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15142655 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15106158 | ##+ | Equian, P.O. Box 34060, Louisville, Kentucky 40232-4060 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2026   Signature:   /s/Gustava Winters

District/off: 0315-7 | User: auto | Page 4 of 4
Date Rcvd: Dec 31, 2025 | Form ID: pdf900 | Total Noticed: 56

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chandra Marie Arkema | on behalf of Creditor Navy Federal Credit Union tuhawkeye@msn.com carkema@squirelaw.com |
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com |
| James R. Huff, II | on behalf of Joint Debtor Tammy S. Schilling jhuff@sfshlaw.com |
| James R. Huff, II | on behalf of Debtor Kirk J. Schilling jhuff@sfshlaw.com |
| Kevin Scott Frankel | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com logsecf@logs.com |
| Lily Christina Calkins | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com lilychristinacalkins@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Tammy Benoza | on behalf of Creditor Navy Federal Credit Union bankruptcy@fskslaw.com |

TOTAL: 13