**DEFAULT O/E JAD**

FILED
12/31/25 11:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPCTY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  KIRK J. SCHILLING and | : | Bankruptcy Case No. 19-70497-JAD |
| TAMMY S. SCHILING, | : | |
| Debtors | : | |
| | : | CHAPTER 13 |

___

| | | |
|---|---|---|
| KIRK J. SCHILLING and TAMMY S. SCHILLING, | : | Doc. No. __100__ |
| Movants | : | Related to Doc. # 92 |
| | : | |
| vs | : | |
| | : | |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : | Tuesday, January 6, 2026 |
| | : | at 10:00 a.m. |
| Respondent | : | |

**ORDER OF COURT**

AND NOW, to wit, this __31st__ day of __December__ A.D. 202__5__, the above identified matter having come before this Court in connection with Debtors/Movants' Motion to Recover Unclaimed Funds, and after hearing held thereon, it is hereby **ORDERED, DIRECTED AND DECREED** that said Motion is granted and the Clerk of Court shall release the unclaimed funds in the amount of $786.15, which are being held by the Court and remit the same to the Movants/Debtors' at their home address of 322 N. Sycamore Street, Altoona, Pa. 16602.

BY THE COURT:

_____jsf_____
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70497-JAD |
| Kirk J. Schilling | Chapter 13 |
| Tammy S. Schilling | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 31, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kirk J. Schilling, Tammy S. Schilling, 322 N. Sycamore Street, Altoona, PA 16602-7067 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chandra Marie Arkema | on behalf of Creditor Navy Federal Credit Union tuhawkeye@msn.com  carkema@squirelaw.com |
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com |
| James R. Huff, II | on behalf of Debtor Kirk J. Schilling jhuff@sfshlaw.com |
| James R. Huff, II | |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 31, 2025 | Form ID: pdf900 | Total Noticed: 1 |

        on behalf of Joint Debtor Tammy S. Schilling jhuff@sfshlaw.com

Kevin Scott Frankel
        on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com logsecf@logs.com

Lily Christina Calkins
        on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com
        lilychristinacalkins@gmail.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Roger Fay
        on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net bkecf@milsteadlaw.com

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Tammy Benoza
        on behalf of Creditor Navy Federal Credit Union bankruptcy@fskslaw.com


TOTAL: 13